**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Rose M. CROSBY, Defendant–
Appellant.**

**No. 07–60456**

**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 23, 2008.

Annette Williams, U.S. Attorney's Office, Gulfport, MS, for Plaintiff–Appellee.

John William Weber, III, Federal Public Defender's Office, Gulfport, MS, for Defendant–Appellant.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Rose M. Crosby appeals her jury convictions for filing fraudulent claims against the United States, making false statements to the United States, theft of public money, and mail fraud. She argues that the district court erred in denying her proposed jury instruction regarding good faith. The district court's instructions on the meaning of the terms "willfully" and "knowingly" were sufficient to substantially cover the defense of good faith as to every count of Crosby's indictment. *See United States v. Giraldi*, 86 F.3d 1368, 1376 (5th Cir.1996); *United States v. Dillman*, 15 F.3d 384, 393 (5th Cir.1994). The jury charge as a whole properly stated the applicable law, and Crosby was able to argue her defense of good faith to the jury. *See Giraldi*, 86 F.3d at 1376; *Dillman*, 15 F.3d at 393. The district court's denial of Crosby's proposed instruction on good faith was not an abuse of discretion. *See Giraldi*, 86 F.3d at 1376.

AFFIRMED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.